# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN TYRELLE WRIGHT

NO. 2025 KW 0512

**SEPTEMBER 8, 2025**

---

In Re:    Donovan Tyrelle Wright, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 742992.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** Relator's complaint about the indictment fails because the time for testing the sufficiency of an indictment is before trial, by way of a motion to quash or a motion for a bill of particulars. See **Eurystthee v. State**, 2019-1799 (La. 7/31/20), 300 So.3d 390 (*per curiam*).

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT